UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SiRF Technology, Inc.      )
                           )
v.                         )   Misc. Action No.: 1:07-mc-00287
                           )   Judge: Thomas F. Hogan
Global Locate, Inc.        )

## PROPOSED ORDER

Upon consideration of Plaintiff's Motion For Leave To Withdraw Application For The Issuance Of A Letter Rogatory And To File A Corrected Copy, this Court has determined that such leave is appropriate. Therefore, it is on this 13th day of July, 2007,

ORDERED, That Defendants' joint motion is hereby GRANTED; and

IT IS ORDERED that Plaintiff's Application For Issuance Of A Letter Rogatory be withdrawn and substituted with the corrected copy of Plaintiff's Application For The Issuance Of A Letter Rogatory as of this 13th day of July, 2007.

Dated: 13 July 2007

_____
United States District Judge

772876 1