UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SiRF Technology, Inc. )
)
v. )        Misc. Action No.: 1:07-mc-00287
)        Judge: Thomas F. Hogan
Global Locate, Inc. )

### PROPOSED ORDER

This matter having arisen upon the motion of Plaintiff, SiRF Technology, Inc., for a letter rogatory for the examination by deposition of and the production of documents by TomTom, N.V., and it appearing that such letter rogatory is appropriate,

IT IS ORDERED that the clerk of court shall issue the letter of request in the form attached to this order.

Dated: 13 July 2007

_____
United States District Judge

772857 1